IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    **Plaintiff,**

v.

LAWSON BROTHERS
TRUCKING COMPANY, et al.,

    **Defendants.**                                         Case No. 08-cv-103-DRH

## ORDER

**HERNDON, Chief Judge:**

On October 14, 2008, the Court issued an Order (Doc. 25), requiring that defendant Lawson Brothers Trucking Company ("Lawson Brothers") file a disclosure of corporate interests statements, in accordance with **FEDERAL RULE OF CIVIL PROCEDURE 7.1**, by October 24, 2008. Lawson Brothers failed to do so. Therefore, on November 3, 2008, the Court again issued an order (Doc. 28), requiring the Rule 7.1 disclosure statement be filed by November 7, 2008, otherwise, Lawson Brothers and/or its attorney would be ordered to appear before this Court to show cause as to why they should not be held in contempt for failure to comply with the Court's Order. Again, Lawson Brothers has failed to file its Rule 7.1 disclosure statement or provide the Court with any explanation as to why it has twice failed to comply with the Court's Orders.

Accordingly, Lawson Brothers's attorney of record, Steven W. Edwards, is hereby **ORDERED** to appear before this Court on **Thursday, November 13, 2008 at 10:00 a.m.** for a Contempt Hearing. Should Mr. Edwards fail to appear, he shall be held in contempt of court; the Court will decide the appropriate sanctions to render.

**IT IS SO ORDERED.**

Signed this 10th day of November, 2008.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**